IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: BERNARD JOHN NASH ) | |
| ) | |
| ) | |
| GMAC MORTGAGE, LLC, ) | |
|     Creditor, ) | |
| ) | |
|   vs. ) | CASE NO. 07B08409 |
| ) | JUDGE JOHN H. SQUIRES |
| BERNARD JOHN NASH, ) | |
|     Debtor ) | |
| ) | |

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes GMAC Mortgage, LLC, by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage Cure, stating as follows:

1. The Debtor is due for the January 2008 contractual payment and all those thereafter.

2. The following is an itemization of fees and costs due on the loan as of April 16, 2008.

   | | | |
   |---|---|---|
   | a. | Attorney's Fees | $250.00 |
   | b. | Prior attorney fees | $85.00 |
   | c. | Property Inspections | $11.25 |
   | d. | Late Charges | $105.14 |
   | e. | Suspense Balance | ($378.85) |
   | | Total | $72.54 |

    If no challenge to foregoing is made by motion filed with the court and served on the undersigned an the trustee within thirty days of this notice, GMAC Mortgage, LLC rights to collect these amounts will remain unaffected.

                                        Respectfully Submitted,
                                        GMAC Mortgage, LLC

                                        <u>/s/Yanick Polycarpe</u>
                                        Yanick Polycarpe
                                        ARDC#6237892

                                        Pierce and Associates, P.C.
                                        1 North Dearborn Street
                                        Suite 1300
                                        Chicago, Illinois 60602
                                        (312)346-9088